Ryan LATTA, a minor, by his Next Friend, Carmie LATTA, Appellant,

v.

Carrie CARDA, M.D., Respondent.

No. ED 79542.

Missouri Court of Appeals, Eastern District, Southern Division.

Sept. 17, 2002.

J. Michael Ponder, Kathleen A. Wolz, Cape Girardeau, MO, for appellant.

Jeffrey P. Hine, Cape Girardeau, MO, for respondent.

Before JAMES R. DOWD, C.J., CLIFFORD H. AHRENS and MARY R. RUSSELL, JJ.

*ORDER*

PER CURIAM.

Carmie Latta ("Mother") appeals on behalf of her son, Ryan Latta ("Child"), from a jury verdict in favor of Carrie Carda, M.D. ("Doctor"), in a medical malpractice action. Mother claims Child was injured by Doctor's negligence during the birthing process.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).